Rel: August 15, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0751

William Mahoney and Joshua Nichols v. United Services Automobile Association (Appeal from Montgomery Circuit Court: CV-22-900922).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Mendheim, and McCool, JJ., concur.